UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAIRE LARODE,

      Plaintiff,

v.                                          Case No:   6:17-cv-199-Orl-37DCI

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Voluntary Dismissal (Doc. 18), filed September 6, 2017.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED with prejudice**, with each party to bear its own fees and costs.   The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 18th day of September, 2017.

                                                        ROY B. DALTON JR.
                                                        United States District Judge

Copies:      Counsel of Record